**Vacate and Render, and Opinion Filed July 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01333-CV

## ROUGH CREEK MANAGEMENT, L.L.C.,
## CARY PLATT, AND PAUL BOCCAFOGLI, Appellants
## V.
## DONNA WEISS, INDIVIDUALLY, AND
## AS NEXT FRIEND OF JORDAN WEISS, A MINOR CHILD, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-05554**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Evans
Opinion by Justice Lang

Before the Court is the parties' joint motion to vacate and render judgment pursuant to settlement. In their motion, the parties state, "all matters in controversy in this appeal have been amicably compromised and settled." The parties request that the Court "[(1)] vacate the [trial court's] judgment from which this appeal is taken, without regard to [the] merits, and [(2)] [] render judgment dismissing the cause with prejudice, with each party to bear its own costs, on the ground that all matters in controversy in this appeal have been amicably compromised and settled." Further, the parties advise, "[they] do not seek dismissal of this appeal, but instead seek vacatur of the trial court's judgment and rendition of judgment dismissing the cause."

Texas Rule of Appellate Procedure 42.1 addresses voluntary dismissal in civil cases. TEX. R. APP. P. 42.1. A voluntary dismissal may be by motion of the appellant or by agreement. TEX. R. APP. P. 42.1(a). "In accordance with an agreement signed by the parties or their attorneys and filed with the clerk, the [appellate] court may [] render judgment effectuating the parties' agreements." TEX. R. APP. P. 42.1(a)(2)(A). In the alternative, the appellate court may "set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreements." TEX. R. APP. P. 42.1(a)(2)(B).

As requested by the parties, the Court grants the parties' motion and renders judgment "vacat[ing] the [trial court's] judgment from which this appeal is taken, without regard to [the] merits," and "dismissing the cause [and this appeal] with prejudice, with each party [] bear[ing] its own costs." TEX. R. APP. P. 42.1(a)(2)(A).

121333F.P05

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROUGH CREEK MANAGEMENT, L.L.C., CARY PLATT, AND PAUL BOCCAFOGLI, Appellants

No. 05-12-01333-CV          V.

DONNA WEISS, INDIVIDUALLY, AND AS NEXT FRIEND OF JORDAN WEISS, A MINOR CHILD, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-09-05554.
Opinion delivered by Justice Lang.  Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **VACATED** without regard to the merits and judgment is **RENDERED**:

dismissing the cause and this appeal with prejudice, with each party bearing its own costs.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 8th day of July, 2014.